IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>WILLOWBROOK-HINSDALE INN, LLC,<br>an Illinois Limited Liability Company,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-10482<br><br>Honorable Eugene Wedoff |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 3, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Eugene R. Wedoff, or any judge sitting in his stead, in Room 744 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **MOTION FOR ENTRY OF A FINAL DECREE CLOSING DEBTOR'S BANKRUPTCY CASE**, a copy of which is hereby served upon you.

Respectfully submitted,

WILLOWBROOK-HINSDALE INN, LLC

By:    /s/ Daniel A. Zazove
      One of its Attorneys

Daniel A. Zazove, ARDC No. 3104117
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

Dated:  July 23, 2010

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>WILLOWBROOK-HINSDALE INN, LLC,<br>an Illinois Limited Liability Company<br><br>Debtor. | Chapter 11<br><br>Case No. 09-10482<br><br>Honorable Eugene Wedoff |

**MOTION FOR ENTRY OF A FINAL DECREE CLOSING
DEBTOR'S BANKRUPTCY CASE**

Willowbrook-Hinsdale Inn, LLC (the "Debtor") submits this motion (the "Motion") for entry of a final decree closing its bankruptcy case. In support of this Motion, the Debtor respectfully states as follows:

**Jurisdiction and Venue**

1. This Court exercised jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. The statutory bases for the relief sought herein are section 350(a) of the United States Bankruptcy Code and Rule 3022-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

**Background**

3. On March 26, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4. On September 30, 2009, the Bankruptcy Court entered the Order Confirming Debtor's Second Modified Chapter 11 Plan ("Plan").

5. The Plan has been substantially consummated. All payments have been made to allowed secured, unsecured and administrative expense claims in accordance with the Confirmed Plan. The Debtor acknowledges that it must pay the outstanding U.S. Trustee quarterly fees for the present quarter, which it expects to do prior to the hearing on this Motion.

6. Section 350(a) of the Bankruptcy Code provides in relevant part:

> "After an estate is fully administered and the court has discharged the trustee, the court shall close the case."

7. 7 days prior notice of the hearing on this motion has been severed upon the US Trustee, all secured creditors and all creditors whose allowed claim are paid from future revenue of the Debtor. The Debtor submits that notice to creditors whose claims have been fully paid is unnecessary.

WHEREFORE, the Debtor respectfully requests that this Court enter a final decree closing this chapter 11 case upon notice as provided above and granting such other relief as is necessary and proper.

Respectfully submitted,

WILLOWBROOK-HINSDALE INN, LLC

By:    /s/ Daniel A. Zazove
      One of its Attorneys

Daniel A. Zazove, ARDC No. 3104117
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

Dated:  July 23, 2010

## **CERTIFICATE OF SERVICE**

I, Daniel A. Zazove, an attorney, certify that I caused to be served upon the parties listed below a true and correct copy of the **MOTION OF THE DEBTOR FOR ENTRY OF A FINAL DECREE CLOSING DEBTOR'S BANKRUPTCY CASE** via electronic transmittal or First Class Mail, as indicated, by 5:00 p.m. on July 23, 2010

| | |
|---|---|
| Hauselman Rappin & Olswang Ltd.<br>Steven R. Rappin<br>39 S. LaSalle Street<br>Suite 1105<br>Chicago, IL 60603 | DuPage County Treasurer's Office<br>First Floor - South<br>421 N. County Farm Road<br>Wheaton, Illinois 60187 |
| Chicago Style Weddings<br>1008 Bonaventure Drive,<br>Elk Grove Village, IL | World Cinema, Inc.<br>Attn: Juli Loving<br>9801 Westheimer, Ste 409,<br>Houston, TX 77042 |
| Clear Channel Outdoor<br>Attn: Toby Sturek<br>600 West Chicago Ave., Suite 600<br>Chicago, IL 60610 | Tom & Jerry Tire & Service Center<br>7505 Kingery Hwy,<br>Willowbrook, IL 60521 |
| DuPage County Public Works Department<br>Attn: Alison Stutts<br>421 N. County Farm Road<br>Wheaton, IL 60187 | Airport Accommodations<br>Attn: Deb Simpson<br>6810 Mannheim Road,<br>Rosemont, IL 60018, |
| Holiday Hospitality Franchising<br>Leib M. Lerner<br>Alston & Bird LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071 | Jonathan M. Levine<br>Chiefetz Iannitelli Marcolini PC<br>1850 North Central Ave, 19th Floor<br>Phoenix, AZ 85004 |
| Illinois Dept. of Revenue<br>Bankruptcy Section<br>Level 7-425<br>100 W. Randolph<br>Chicago, IL 60601 | Midamerica Energy Company<br>Legal Department<br>320 LeClair,<br>Davenport, IA 52801 |
| Konica Minolta Business Solutions<br>Attn: Tracy Jenkinson<br>10201 Centurian Pkwy N, Ste 100,<br>Jacksonville, FL 32256 | Dex<br>Legal Department<br>1615 Bluff City Hyw,<br>Bristol, TN 37620 |

| | |
|---|---|
| Lodgnet Interactive Corp.<br>Attn:  Steven J. Rindsig<br>3900 West Innovation Street ,<br>Sioux Falls, SD  57101-7002 | Waste Management IL - Metro<br>Attn: Jim Kearney<br>1411 Opus Place, Ste. 400,<br>Downers Grove, IL  60515 |
| Office of the US Trustee<br>Attn: Stephen G. Wolfe<br>219 S. Dearborn<br>Suite 873<br>Chicago, IL  60603 | CIMCO Communications<br>PO Box 95900<br>Chicago, IL 60694 |
| Robert J. Henry<br>Scopelitis, Garvin, Light,Hanson & Feary<br>30 West Monroe Street, Suite 600<br>Chicago, IL 60603 | Holiday Hospitality Franchising<br>c/o William D. Brejcha<br>Scopelitis, Garvin, Light,Hanson & Feary<br>30 West Monroe Street, Suite 3800<br>Chicago, IL 60603 |
| Sunshine Graphics<br>Legal Department<br>3 Golf Center PMB, Ste 234,<br>Hoffman Estates, IL  60195 | Illinois Hotel & Lodging Assn.<br>Legal Department<br>27 East Monroe, Ste 1200,<br>Chicago, IL  60603 |
| Tantus Networks<br>Legal Department<br>850 W. Jackson, Ste 250,<br>Chicago, IL  60607 | McFarlane Douglass & Company<br>Legal Department<br>143 Tower Drive,<br>Burr Ridge, Il  60527 |
| Thyssenkrupp Elevator Corp.<br>Attn:  Linda Benson<br>2305 Enterprise Drive<br>Westchester, IL 60154 | Lato Supply Corp.<br>Attn: Allen Lato<br>3828 W. Witton Avenue,<br>Phoenix, AZ  85019 |
| Village of Willowbrook<br>Legal Department<br>7760 Quincy Street,<br>Willowbrook, IL  60527 | Santana Energy Services<br>Legal Department<br>120 E. Ogden, Ste. 236,<br>Hinsdale, IL  60521 |
| Cit Technology Financing Services, Inc.<br>175 S 3 Street<br>Suite 900<br>Columbus, OH 43215 | ComEd Co.<br>Attn: Bankruptcy Section/Revenue Management<br>2100 Swift Drive<br>OakBrook, IL 60523 |
| Public Storage<br>801 Joliet Road<br>Willowbrook, IL 60527 | Staples Business Advantage<br>500 Staples Drive<br>Framingham, MA 01702 |
| Sysco Food Services Chicago Inc.<br>250 Wieboldt Dr<br>Des Plaines, IL 60016 | |

70795-0001/LEGAL18789360.1

-3-