IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>WILLOWBROOK-HINSDALE INN, L.L.C.<br>an Illinois Limited Liability Company,<br><br>　　　　　　Debtor. | Chapter 09-10482<br><br>Case No. 11<br><br>Honorable Eugene R. Wedoff |

### ORDER FOR ENTRY OF A FINAL DECREE CLOSING
### DEBTOR'S BANKRUPTCY CASE

Upon the motion (the "Motion" of Willowbrook-Hinsdale Inn, L.L.C. (the "Debtor") for entry of a final decree, and the Court having considered the Motion and determined sufficient notice of the Motion was given, it is hereby:

ORDERED:

1.　　The Debtor's Motion is GRANTED.

2.　　The above chapter 11 case is hereby closed.

Dated: August 17, 2010

_____
United States Bankruptcy Judge